## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA

`-4 PM 7:04

| | |
|---|---|
| BRIAN BELAFEY, On Behalf of Himself and All Others Similarly Situated, | ) Civil Case 04 CV 99 (HBM) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SPX CORPORATION, JOHN B. BLYSTONE, PATRICK J. O'LEARY, RONALD L. WINOWIECK, CHRISTOPHER J. KEARNEY and LEWIS M. KLING, | ) ) ) ) |
| | ) |
| Defendants. | ) |
| RICHARD CURTIS, Individually and On Behalf of All Others Similarly Situated, | ) Civil Case 04 CV 109 (GCM) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SPX CORPORATION, JOHN B. BLYSTONE, PATRICK J. O'LEARY, RONALD L. WINOWIECK, CHRISTOPHER J. KEARNEY and LEWIS M. KLING, | ) ) ) ) |
| | ) |
| Defendants. | ) |

Additional Captions to Follow

## MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF SELECTION OF LEAD AND LIAISON COUNSEL

| | |
|---|---|
| MARK G. EPSTEIN, On Behalf of Himself and All Others Similarly Situated, | )<br>) Civil Case 04 CV 112 (HBM)<br>) |
| Plaintiff, | ) |
| v. | ) |
| SPX CORPORATION, JOHN B. BLYSTONE, PATRICK J. O'LEARY, RONALD L. WINOWIECK, CHRISTOPHER J. KEARNEY and LEWIS M. KLING, | ) |
| Defendants. | ) |
| B. FARRELL BREITHAUPT and NANCY C. BREITHAUPT, | )<br>) Civil Case 04 CV 147 (HBM) |
| Plaintiffs, | ) |
| v. | ) |
| SPX CORPORATION, JOHN B. BLYSTONE, PATRICK J. O'LEARY, RONALD L. WINOWIECK, CHRISTOPHER J. KEARNEY and LEWIS M. KLING, | ) |
| Defendants. | ) |
| KARL ASCCHEENBRENNER, Individually and On Behalf of All Others Similarly Situated, | )<br>) Civil Case 04 CV 152 (HBM) |
| Plaintiff, | ) |
| v. | ) |
| SPX CORPORATION, JOHN B. BLYSTONE, PATRICK J. O'LEARY RONALD L. WINOWIECK, CHRISTOPHER J. KEARNEY and LEWIS M. KLING, | ) |
| Defendants. | ) |

| | |
|---|---|
| ALIJAH C. ARAH, Individually and On Behalf of Himself and All Others Similarly Situated, | ) ) Civil Case 04 CV158 (GCM) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| SPX CORPORATION, JOHN B. BLYSTONE, PATRICK J. O'LEARY, RONALD L. WINOWIECK, CHRISTOPHER J. KEARNEY and LEWIS M. KLING, | ) ) ) ) ) |
| Defendants. | ) |
| ERNEST L. KOSSACOFF, Individually and On Behalf of All Others Similarly Situated, | ) ) Civil Case 04 CV 206 (HBM) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| SPX CORPORATION, JOHN B. BLYSTONE, PATRICK J. O'LEARY, RONALD L. WINOWIECK, CHRISTOPHER J. KEARNEY and LEWIS M. KLING, | ) ) ) ) ) |
| Defendants. | ) |

Class members Rita R. Towles, Robert E. & Kathleen M. Kane and Donald W. Alcorn (the "Towles Group") by their counsel, hereby move this Court for an Order (attached hereto as Exhibit A): (i) consolidating the Actions; (ii) appointing the Towles Group as Lead Plaintiff; (iii) approving the Towles Group's selection of the law firms of Geller Rudman, PLLC and Schiffrin & Barroway, LLP to serve as Lead Counsel and the law firm of Garlitz & Williamson, PLLC to serve as Liaison Counsel; and (iv) granting such other and further relief as the Court may deem just and proper. In support of this Motion, the Towles Group submits herewith a Memorandum of Law and Declaration of Lane Williamson dated May 4, 2004.

Dated: May 4, 2004

Respectfully submitted,

**GARLITZ & WILLIAMSON, PLLC**

F. Lane Williamson
212 South Tryon St., Suite 930
Charlotte, NC 28281
Telephone:    (704) 372-1282
Facsimile:    (704) 372-1621

**Proposed Liaison Counsel**

**GELLER RUDMAN, PLLC**
Samuel H. Rudman
Mario Alba Jr.
David A. Rosenfeld
200 Broadhollow Road, Suite 406
Melville, NY 11747
Telephone:    (631) 367-7100
Facsimile:    (631) 367-1173

**SCHIFFRIN & BARROWAY, LLP**
Andrew L. Barroway
Stuart L. Berman
Darren J. Check
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004
Telephone:      (610) 667-7706
Facsimile:      (610) 667-7056

**Proposed Lead Counsel**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BRIAN BELAFEY, On Behalf of Himself and All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>SPX CORPORATION, JOHN B. BLYSTONE, PATRICK J. O'LEARY, RONALD L. WINOWIECK, CHRISTOPHER J. KEARNEY and LEWIS M. KLING, )<br><br>Defendants. ) | Civil Case 04 CV 99 (HBM) |
| RICHARD CURTIS, Individually and On Behalf of All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>SPX CORPORATION, JOHN B. BLYSTONE, PATRICK J. O'LEARY, RONALD L. WINOWIECK, CHRISTOPHER J. KEARNEY and LEWIS M. KLING, )<br><br>Defendants. ) | Civil Case 04 CV 109 (GCM) |

Additional Captions to Follow

## CERTIFICATE OF SERVICE

| | |
|---|---|
| MARK G. EPSTEIN, On Behalf of Himself and All Others Similarly Situated, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | )    Civil Case 04 CV 112 (HBM) <br> ) |
| SPX CORPORATION, JOHN B. BLYSTONE, PATRICK J. O'LEARY, RONALD L. WINOWIECK, CHRISTOPHER J. KEARNEY and LEWIS M. KLING, | ) <br> ) <br> ) <br> ) <br> ) |
| Defendants. | ) |
| B. FARRELL BREITHAUPT and NANCY C. BREITHAUPT, | ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | )    Civil Case 04 CV 147 (HBM) <br> ) |
| SPX CORPORATION, JOHN B. BLYSTONE, PATRICK J. O'LEARY, RONALD L. WINOWIECK, CHRISTOPHER J. KEARNEY and LEWIS M. KLING, | ) <br> ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) |
| KARL ASCCHEENBRENNER, Individually and On Behalf of All Others Similarly Situated, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | )    Civil Case 04 CV 152 (HBM) <br> ) |
| SPX CORPORATION, JOHN B. BLYSTONE, PATRICK J. O'LEARY RONALD L. WINOWIECK, CHRISTOPHER J. KEARNEY and LEWIS M. KLING, | ) <br> ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

| | |
|---|---|
| ALIJAH C. ARAH, Individually and On Behalf of Himself and All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Case 04 CV158 (GCM) ) |
| SPX CORPORATION, JOHN B. BLYSTONE, PATRICK J. O'LEARY, RONALD L. WINOWIECK, CHRISTOPHER J. KEARNEY and LEWIS M. KLING, | ) ) ) ) ) ) |
| Defendants. | ) |
| ERNEST L. KOSSACOFF, Individually and On Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Case 04 CV 206 (HBM) ) |
| SPX CORPORATION, JOHN B. BLYSTONE, PATRICK J. O'LEARY, RONALD L. WINOWIECK, CHRISTOPHER J. KEARNEY and LEWIS M. KLING, | ) ) ) ) ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the **Motion for Consolidation, Appointment as Lead Plaintiff and for Approval of Selection of Lead and Liaison Counsel, Memorandum in Support of the Motion of The Towles Group for Consolidation, Appointment as Lead Plaintiff And For Approval of Selection of Lead and Liaison Counsel, Declaration of Lane Williamson and Proposed Order Consolidating the Actions, Appointing Lead Plaintiff and Approving Selection of Lead and Liaison Counsel** by placing said copies in a prepaid envelope, addressed to counsel for the Plaintiffs and the Defendants, at the address stated below, by depositing said envelope and its contents in the United States Mail at Charlotte, North Carolina.

## PLAINTIFFS' ATTORNEYS

Edward G. Connette
Lesesne & Connette
100 Elizabeth Avenue, Suite 1-D
Charlotte, NC 28204-2234

Maya Saxena
Joseph E. White, III
Milberg, Weiss, Bershad, Hynes & Lerach, LLP
5355 Town Center Road, The Plaza, Suite 900
Boca Raton, FL 33486

Steven G. Schulman
Andrei Rado
Milberg Weiss Bershad Hynes & Lerach, LLP
1 Pennsylvania Plaza
New York, NY 10119

Nadeem Faruqi
Anthony Vozzolo
Faruqi & Faruqi, LLP
320 East 39th Street
New York, NY 10016

Geraldine Sumter
Ferguson, Stein, Chambers, Adkins, Gresham
& Sumter
P.O. Box 36486
Charlotte, NC 28236-6486

Richard A. Lockridge
Lockridge Grindal Nauen PLLP
100 Washington Ave, South Suite 2200
Minneapolis, MN 55401-2179

Samuel H. Rudman
Geller Rudman PLLC
200 Broadhollow Road, Suite 406
Melville, NY 11747

Brien M. Felgoise
Law Offices of Brian M. Felgoise, PC
261 Old York Road, Suite 423
Jenkintown, PA 19046

Marc L. Ackerman
Evan J. Smith
Law Offices of Brodsky & Smith LLC
Two Bala Plaza, Suite 602
Bala Cynwyd, PA 19004

Stuart L. Berman
Darren Check
Schiffrin & Barroway, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004

4

Steven J. Toll
Hadiya Alemu
Cohen, Milstein, Hausfeld & Toll, PLLC
1100 New York Avenue, N.W.
West Tower - Suite 500
Washington, D.C. 20005

Charles J. Piven
Law Offices of Charles J. Piven, PA
The World Trade Center-Baltimore
401 East Pratt Street, Suite 2525
Baltimore, Maryland 21202

Fred Taylor Isquith
Gregory N. Nespole
Wolf Haldenstein Adler Freeman and Herz LLP
270 Madison Avenue
New York, New York 10016

David Leifer
Wechsler Harwood LLP
488 Madison Avenue, 8th Floor
New York, New York 10022

Bernstein Liebhard & Lifshitz, LLP
10 East 40th Street
New York, New York 10016

Mr. David C. Wright, III
Robinson, Bradshaw & Hinson, P.A.
Attorney for Defendants
101 N. Tryon Street, Suite 1900
Charlotte, NC 28246

DEFENDANTS

SPX Corp
13515 Ballantyne Corporate Pl.
Charlotte, NC 28277

John B. Blystone
13515 Ballantyne Corporate Pl.
Charlotte, NC 28277

Patrick J. O'Leary
13515 Ballantyne Corporate Pl.
Charlotte, NC 28277

Ronald L. Winowieck
13515 Ballantyne Corporate Pl.
Charlotte, NC 28277

Christopher J. Kearney
13515 Ballantyne Corporate Pl.
Charlotte, NC 28277

Lewis M. Kling
13515 Ballantyne Corporate Pl.
Charlotte, NC 28277

This 5th day of May, 2004.

F. Lane Williamson
Proposed Liaison Counsel

Of Counsel:

Garlitz & Williamson, PLLC
212 South Tryon Street
Suite 930, The Johnston Building
Charlotte, North Carolina 28281
Telephone:     704/372-1282
Telefax:        704/372-1621