IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:04-CV-99

IN RE: SPX SECURITIES LITIGATION )
                                 )
                                 )            ORDER

THIS MATTER is before the Court on the application of Samuel P. Sporn for admission *Pro Hac Vice,* filed March 2, 2007.

Upon careful review and consideration, this Court will grant the application.

In allowing the application, the Court notes that in accordance with LR 83.1(b) of this Court's Local Rules of Civil Procedure, Mr. Sporn has paid the admission fee of One Hundred Dollars ($100.00) to the Clerk of Court.

<u>All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of' such submissions under Rule 11 of the Federal Rules of Civil Procedure.</u>

**SO ORDERED.**

Signed: March 2, 2007

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge