# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### DOCKET NO. 3:04-CV-99-FDW

| | |
|---|---|
| **IN RE SPX CORP. SECURITIES** ) | |
| **LITIGATION** ) | |
| ) | **ORDER** |
| **This Document Relates To:** ) | |
| **ALL ACTIONS** ) | |
| ) | |

WHEREAS, pursuant to this Court's April 13, 2007 Final Order and Judgment approving settlement of the above-captioned consolidated class action and as appears from the Affidavit of Jason Zuena accompanying Lead Plaintiffs' Motion for an Order of Distribution (the "Zuena Affidavit") and Exhibits thereto, The Garden City Group, Inc. (the "Claims Administrator"), has fully and completely administered the Stipulation of Settlement in accordance with its terms and provisions,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that:

1. The final administrative determinations of the Claims Administrator as reflected in the Zuena Affidavit and Exhibits thereto are approved; and

2. The claims of those Authorized Claimants identified in Exhibit B to the Zuena Affidavit, including late but otherwise valid claims, are allowed; and

3. For good cause shown and sufficient opportunity to be heard given, the claims of the Ineligible Claimants identified in the third portion of Exhibit B to the Zuena Affidavit, are disallowed, having had sufficient opportunity to contest their Notice of Disallowance and failing to contest same after sufficient time having elapsed, and such Ineligible Claimants and those with partially eligible claims from asserting any further claims arising from the claims administration process herein against the parties and their agents and attorneys are forever barred; and

4.      Any claim received after the date of plaintiffs' application for distribution is disallowed;

5.      The prompt distribution by the Claims Administrator of the Net Settlement Fund in accordance with the Court-approved Plan of Allocation and the recommendations for acceptance contained in the Zuena Affidavit and Exhibits thereto is approved; and

6.      Fees and expenses in the amount of $290,841.89, payable to The Garden City Group, Inc. are approved, and payment is directed of such amounts to The Garden City Group, Inc. out of the Net Settlement Fund; and

7.      The destruction by the Claims Administrator of the hard copy claim forms and supporting documents one year after distribution of the Net Settlement Fund, and electronic copies of claim records three years after distribution of the Net Settlement Fund is approved; and

8.      In the event that there are any uncashed, unclaimed or undeliverable mail and/or checks to eligible recipients for a period of ninety (90) days after distribution, and after subsequent effort by the Claims Administrator to locate said recipients being unsuccessful, then any uncashed, unclaimed or undeliverable funds may be distributed to eligible members of the Class proportionately if the amount of said unclaimed funds are substantial; and if the amount of said unclaimed funds are insubstantial, then Lead Plaintiffs' counsel is to notify the Court so that the Court may designate an appropriate a tax-exempt charitable institution under Section 501(c)(3) of the Internal Revenue Code to receive said funds.

Signed: March 5, 2009

IT IS SO ORDERED.

Frank D. Whitney
United States District Judge